RE: Jimmy Steve Autran    **PRO SE**    Case # 18-11146-LMI

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION** (Pre 341)

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

✓ Tax returns:    Corp 2016-2017            ✓ ✓ Photo ID(s)    LF 90    LF67    LF10
✓ Bank Account Statements ✓ 3 months pre-petition    ✓ Domestic Support Info: name address and phone
                                                        ___ Affidavit of Support

___ Check copy                                          ___ Other provisions

___ Explain W/D                                         ___ Plan does not fund
✓ FMV(NADA/Carmax), Reg and Payoff: Vehicles            ___ Calculation errors/improper months
   ✗ 03 Porsche & 05 Ford    ✗ 03 Porsche              ___ Valuation motion has not been filed
___ FMV and Payoff: Real Estate                         ✓ MMM motion not filed
                                                        ___ Reaffirm, redeem or surrender Sch D & G creditor
___ Non homestead Information Sheet                     ✓ Creditor paid through the Plan has not filed a POC
___ Wage deduction order or motion to waive             ✓ Priority debt on Sch E not in plan
**BUSINESS DEBTOR DOCUMENTS**                           ___ Object or Conform to Proof of Claim
✓ BDQ & attachments ✓ Profit & Loss ✓ Balance Sheet        ___ Miami-Dade County    ___ Tax Certificate(DE#___)
✓ Bank statements and checks ✓ 3 months                    ___ Dept of Revenue    ___ IRS
                                                        BOSCO (#5)

IDFX, LLC                                               ___ Other:

___ Fee application (see court guideline 6)             ___ Objection to Exemption (specifics to be filed)
___ Income understated ___ stubs ___ taxes                  To be heard with confirmation at 1:30 pm
___ co-debtor ___ stubs ___ taxes                       ✓ Ch 7 s/b 21,165.02 plus tax refund / valuations
___ Spouse's pay advices/spouse's wages not disclosed   ___ Good faith to unsecured
✓ Proof of household size (government ID w/ address)    ___ Expenses: documentation/calculation: CMI line
    and income of all adults
✓ Best effort < 36 months (60 months)
___ Expenses objectionable: Sch J ☐ Provide Proof

                                                        ✓ CMI/DI 760 x 60 = 45,600
✓ (D/I) >100% <90% Feasibility 11-36                    ☐ Plus income/expenses issues ☐ Trustee est. $___
___ Info on transfer SOFA ___ undisclosed                   Undervalued collateral should be crammed down
___ Tolling Agreement(s)

Other: Amended need new DL.                                                          100% Plan

Trustee reserves the right to raise additional objections until all requested documents are timely provided.

*IMPORTANT NOTICE REGARDING CONFIRMATION: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION ON THE PUBLISHED CALENDAR, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.* \*\*The Trustee's calendar will be published prior to the confirmation hearing - contact the Trustee's office on how to locate the calendar on her web site - access is limited. *The debtor or debtor's attorney must appear at the confirmation hearing* The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee may not be considered or reviewed until the next hearing date.

**Deficiencies must be cured by 5 pm on_____JUN 2 8 2018_____to avoid dismissal**
**The Trustee will recommend dismissal of this case unless a) The Trustee receives copies of all requested documents as listed above, b) The Trustee receives a written response with "back-up documentation" of all issues raised, c) The debtor files all amendments, and d) The debtor files and properly serves all motions and self-calendars those motions for the first confirmation hearing.**

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court. Submitted by NANCY K. NEIDICH CHAPTER 13 TRUSTEE, P.O. BOX 279806, MIRAMAR, FL 33027