## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Jimmy Steve Autran　　　　　　　　　Case No. 18-11146-LMI
　　　　　　　　　　　　　　　　　　　　　　Chapter 13

　　　　　　　　　　　Debtor　　　　　/

### OBJECTION TO CLAIM BY BOSCO CREDIT II TRUST SERIES 2010-1

*IMPORTANT NOTICE TO CREDITOR:　THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.　Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

　　　　Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the debtor objects to the following claim filed in this case:

Debtor, Jimmy Steve Autran, by and through undersigned counsel, object to secured claim no. 5 in the amount of $97,959.46 with an arrearage amount of $30,281.13 by Bosco Credit II Trust Series 2010-1 c/o Franklin Credit Management Corp., P.O. Box 2301, Jersey City, NJ 07303-2301; Debtor objects to claim no. 5 on the basis that the claim is barred by the statute of limitations.　Claim no. 5 should be disallowed and stricken.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

Date: July 15, 2018　　　　　　　　　　　　Rodriguez Law, PL
　　　　　　　　　　　　　　　　　　　　　　900 West 49 Street, Suite 505
　　　　　　　　　　　　　　　　　　　　　　Hialeah, FL 33012
　　　　　　　　　　　　　　　　　　　　　　Tel: 305-262-8226
　　　　　　　　　　　　　　　　　　　　　　Fax: 305-262-8229

　　　　　　　　　　　　　　　　　　　　　　/s/ Ricardo A Rodriguez
　　　　　　　　　　　　　　　　　　　　　　Ricardo A Rodriguez
　　　　　　　　　　　　　　　　　　　　　　Florida Bar no. 0496901

LF-70 (rev. 12/01/09)