**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

                                Chapter 13
                        Case No.: 18-11146-LMI

**JIMMY STEVE AUTRAN**
A/K/A JIMMY S. AUTRAN
A/K/A JIMMY AUTRAN

    Debtor.
_____/

**RESPONSE TO DEBTOR'S OBJECTION TO**
**CLAIM BY BOSCO CREDIT II TRUST SERIES 2010-1**

Secured Creutor, **FRANKLIN CREDIT MANAGEMENT, AS SERVICING AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS CERTIFICATE TRUSTEE ON BEHALF OF BOSCO CREDIT II TRUST SERIES 2010-1** ("Secured Creditor"), by and through its undersigned attorney, responds to the Debtor's Objection to Claim by Bosco Credit II Trust Series 2010-1 [D.E. 35] (the "Objection to Claim") and states:

1. On January 30, 2018, the Debtor filed its Voluntary Petition under Chapter 13 of the United States Bankruptcy Code [D.E. 1].

2. On April 19, 2018, the Court issued the Notice of Commencement of Chapter 13 Case [D.E. 21] (the "Notice of Commencement"). Pursuant to the Notice of Commencement, the deadline for creditors to time file proof of claim was set for June 28, 2018.

3. On May 17, 2018, Secured Creditor timely filed its secured claim [Claim 4-1].

4. On July 15, 2018, the Debtor filed the Objection to Claim. Pursuant to the Objection to Claim, Debtor seeks to disallow and strike Secured Creditor's Claim on the basis that the "*claim is barred by the statute of limitations*".

*Case No.: 18-11146-LMI*

5. Secured Creditor asserts that the Objection to Claim fails to specify which section of the statute of limitations the Debtor is relying upon as the basis for filing its Objection to Claim.

6. Secured Creditor asserts that without knowledge as to which section of the statute of limitations the Objection to Claims relies upon, Secured Creditor is unable to properly defend its interest.

7. Secured Creditor asserts that it is currently reviewing and analyzing statute of limitation so as to more properly address the basis of the Objection to Claim and defend its secured interests.

8. Secured Creditor requires additional time in which to complete its review and analysis of the statute of limitations in order to properly and more completely respond to the Objection to Claim.

**WHEREFORE**, Secured Creditor respectfully requests that this Honorable Court enter an order overruling the Objection to Claim, and allowing Secured Creditor additional time in which to complete its analysis of the statute of limitations, and for any such other relief that the Court deems just and proper.

**Dated this 6th day of August, 2018.**

Respectfully submitted,

**GHIDOTTI | BERGER, LLP**
*Attorneys for Secured Creditor*
3050 Biscayne Blvd. - Suite 402
Miami, Florida 33137
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

By:    /s/ Chase A. Berger
           Chase A. Berger, Esq.
           Florida Bar No. 083794
           cberger@ghidottiberger.com

*Case No.: 18-11146-LMI*

- 3 -

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By:     /s/ Chase A. Berger
        Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

| *Debtor* | *Debtor's Counsel* |
|---|---|
| **Jimmy Steve Autran** | **Ricardo A. Rodriguez, Esq.** |
| 713 N.W. 129th Court | 6600 Cow Pen Road - Suite 220 |
| Miami, FL 33182 | Miami Lakes, FL 33014 |
| | |
| *Trustee* | *U.S. Trustee* |
| **Nancy K. Neidich** | **Office of the US Trustee** |
| P.O. Box 279806 | 51 S.W. 1st Avenue - Suite 1204 |
| Miramar, FL 33027 | Miami, FL 33130 |

By:     /s/ Chase A. Berger
        Chase A. Berger, Esq.