# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Jimmy Steve Autran                        Case No. 18-11146-LMI
                                                 Chapter 13

_____Debtor_____/

## AMENDED OBJECTION TO CLAIM BY BOSCO CREDIT II TRUST SERIES 2010-1

### IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION TO YOUR CLAIM

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the debtor objects to the following claim filed in this case:

Debtor, Jimmy Steve Autran, by and through undersigned counsel, object to secured claim 5 in the amount of $97,959.46 with an arrearage amount of $30,281.13 by Bosco Credit II Trust Series 2010-1 c/o Franklin Credit Management Corp., P.O. Box 2301, Jersey City, NJ 07303-2301. Debtor objects to claim 5 on the basis that claim 5 was discharged in case 11-41793-AJC. Debtor filed for Chapter 7 protection in 2011 and included claim in his bankruptcy schedules. See attached Schedule D of prior case. Furthermore, Debtor objects to Claim 5 on the basis that the claim is barred by the statute of limitations. Claim 5 should be disallowed and stricken.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

Date: August 17, 2018                Rodriguez Law, PL
                                     900 West 49 Street, Suite 505
                                     Hialeah, FL 33012
                                     Tel: 305-262-8226
                                     Fax: 305-262-8229

                                     /s/ Ricardo A Rodriguez
                                     Ricardo A Rodriguez
                                     Florida Bar no. 0496901

LF-70 (rev. 12/01/09)

IN RE **Autran, Jimmy S.** _____  Case No. **11-41793** _____
                    Debtor(s)                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0016-146730-17**<br>**BSI Financial Services, Inc.**<br>**PO BOX 1943**<br>**Richmond, IN  47375** | | H | **2nd Mortgage For Property Address: 713 NW 129th Ct, Miami, FL 33182**<br><br>VALUE $ **281,283.00** | | | | **97,877.50** | **97,877.50** |
| ACCOUNT NO.<br>**National City**<br>**Account Ending: 6528**<br>**PO BOX 856177**<br>**Louisville, KY  40285** | | | **Assignee or other notification for:**<br>**BSI Financial Services, Inc.**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. **00429420825128**<br>**Chase**<br>**Home Equity Line Of Credit**<br>**PO BOX 9001020**<br>**Louisville, KY  40290** | | H | **3rd Mortgage For Property Address: 713 NW 129th Ct, Miami, FL 33182**<br><br>VALUE $ **281,283.00** | | | | **97,633.25** | **97,633.25** |
| ACCOUNT NO. **306213131218**<br>**Chase Bank USA NA**<br>**PO BOX 15298**<br>**Wilmington, DE  19850** | | J | **1st Mortgage For Property Address: 713 NW 129 Ct., Miami, FL 33182**<br><br>VALUE $ **281,283.00** | | | | **367,500.00** | **86,217.00** |

____**1**____ continuation sheets attached

Subtotal (Total of this page)  $ **563,010.75**   $ **281,727.75**

Total (Use only on last page)   $                    $

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)