UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

                      Chapter 13
                   Case No.: 18-11146-LMI

**JIMMY STEVE AUTRAN**

  Debtor.
_____/

**RESPONSE IN OPPOSITION TO DEBTOR'S MOTION
TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON
REAL PROPERTY HELD BY BOSCO CREDIT II TRUST SERIES 2010-1**

**FRANKLIN CREDIT MANAGEMENT, AS SERVICING AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS CERTIFICATE TRUSTEE ON BEHALF OF BOSCO CREDIT II TRUST SERIES 2010-1** ("BSI" or "Secured Creditor"), hereby files this Response in Opposition to Debtor's Motion to Value and Determine Secured Status of Lien on Real Property Held by Bosco Credit II Trust Series 2010-1 (the "Response"). In support of this Response, Secured Creditor respectfully states as follows:

  1.  On January 30, 2018, the debtor Jimmy Steve Autran (the "Debtor"), filed a Voluntary Petition for relief under Chapter 13 of the United States Bankruptcy Code [D.E. 1].

  2.  Secured Creditor holds a secured claim on the property located at *713 N.W. 129th COURT, MIAMI, FL 33182* (the "Property").

  3.  On August 3, 2018, the Debtor filed its Motion to Value Collateral and Determine Secured Status of Lien on Real Property Held by Bosco Credit II Trust Series 2010-1 [D.E. 43] (the "Motion") and a hearing on the Motion has been scheduled for September 13, 2018.

  4.  Secured Creditor objects to the Debtor's Motion and disputes the contention that the value of the Property is $422,815.00 as determined by Miami-Dade Property Appraiser.

5. Secured Creditor asserts that it will require access to the Property and additional time in order to retain a property appraiser, as well as, for the parties to coordinate and complete the required interior/exterior appraisal of the Property.

6. Secured Creditor is entitled to an award of attorney's fees and costs incurred in defending this action and reserves its right to file a supplemental response.

**WHEREFORE**, Secured Creditor respectfully request that this Court enter an Order denying the Motion and directing the Debtor to allow access to the subject Property, as soon as possible, to allow Secured Creditor to coordinate with all interested parties for the completion of the necessary real property appraisal, award attorney's fees and costs associate with the filing of the instant Motion, and for any such further relief as the Court deems appropriate.

**Dated this 5th day of September, 2018.**

Respectfully submitted,

**GHIDOTTI | BERGER, LLP**
*Attorneys for Secured Creditor*
3050 Biscayne Blvd. - Suite 402
Miami, Florida 33137
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

By: ___/s/ Chase A. Berger___
     Chase A. Berger, Esq.
     Florida Bar No. 083794
     cberger@ghidottiberger.com

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By: /s/ Chase A. Berger
Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Jimmy Steve Autran**
713 N.W. 129th Court
Miami, FL 33182

*Debtor's Counsel*
**Ricardo A. Rodriguez, Esq.**
6600 Cow Pen Road - Suite 220
Miami Lakes, FL 33014

*Trustee*
**Nancy K. Neidich**
P.O. Box 279806
Miramar, FL 33027

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue - Suite 1204
Miami, FL 33130

By: /s/ Chase A. Berger
Chase A. Berger, Esq.